1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  CURTIS ARTHUR ADDISON,           )    CASE NO. CV 07-04536 VBF (SS)
                                     )
12                  Petitioner,      )        **JUDGMENT**
                                     )
13          v.                       )
                                     )
14  S.A. HOLENCIK, Warden,           )
                                     )
15                  Respondent.      )
                                     )
16  _____)

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24       DATED:    9/30/08

25                                        _Valerie Baker Fairbank_

26                                        _____
                                          VALERIE BAKER FAIRBANK
27                                        UNITED STATES DISTRICT JUDGE

28